COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:     Eil Sasson on behalf of 78 Acres, LP and Inwood Partners, LP v.
                         Andrew Schatte, et al.

Appellate case number:   01-14-00633-CV

Trial court case number: 2010-08868

Trial court:             189th District Court of Harris County

   It is ordered that Appellant's Motion for Rehearing is **denied**.


Justice's signature: /s/ Rebeca Huddle
       Acting for the Court

Panel consists of:   Justices Jennings, Higley, and Huddle


Date: August 13, 2015